**No. 62788.**—Central Picture Galleries *v.* United States, protests 58/5756, 58/5757, and 58/5758 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of paintings (except carpets and rugs made in the year 1700), produced prior to the year 1830, the claim of the plaintiff was sustained. (*United States* v. *Gunther*, 71 Fed. 499, followed.)

**No. 62789.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 58/827 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.